## UNITED STATES COURT OF INTERNATIONAL TRADE

PRINCESS AWESOME, LLC; STONEMAIER, )
LLC; 300 BELOW, INC.; UPWARD GLANCE, )
LLC d/b/a QUENT CORDAIR FINE ART; )
KINGSEAL CORPORATION D/B/A WESCO )
ENTERPRISES, INC.; MISCHIEF, LLC d/b/a )
MISCHIEF TOY STORE; SPIELCRAFT )
GAMES, LLC; ROOKIE MAGE GAMES, )
LLC; XYZ GAME LABS, INC.; TINKERHOUSE, )
INC.; RECLAMATION STUDIO, LLC )
d/b/a WITSEND MOSAIC, )
                                    )    Court No. 25-00078
       Plaintiffs, )
                                    )
           v. )
                                    )
UNITED STATES CUSTOMS AND BORDER )
PROTECTION; PETE R. FLORES, Acting )
Commissioner for U.S. Customs and )
Border Protection; DEPARTMENT OF )
HOMELAND SECURITY; KRISTI NOEM, )
Secretary of the Department of Homeland )
Security; UNITED STATES INTERNATIONAL )
TRADE COMMISSION; DONALD J. TRUMP, )
President of the United States; EXECUTIVE )
OFFICE OF THE PRESIDENT; and the )
UNITED STATES OF AMERICA, )
                                    )
       Defendants. )
                                    )

## <u>ORDER</u>

Pursuant to defendants' motion to stay proceedings, it is hereby

ORDERED that this case is stayed pending the final resolution of *Oregon v. Trump*, Case

No. 25-00077; and it is further

ORDERED that the parties shall file a joint status report within 60 days after the final

resolution of *Oregon v. Trump*.

Dated: _____                             _____
     New York, NY                                  JUDGE

**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| PRINCESS AWESOME, LLC; STONEMAIER, LLC; 300 BELOW, INC.; UPWARD GLANCE, LLC d/b/a QUENT CORDAIR FINE ART; KINGSEAL CORPORATION D/B/A WESCO ENTERPRISES, INC.; MISCHIEF, LLC d/b/a MISCHIEF TOY STORE; SPIELCRAFT GAMES, LLC; ROOKIE MAGE GAMES, LLC; XYZ GAME LABS, INC.; TINKERHOUSE, INC.; RECLAMATION STUDIO, LLC d/b/a WITSEND MOSAIC, )))))))))))) | |
| Plaintiffs, ) | Court No. 25-00078 |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, Acting Commissioner for U.S. Customs and Border Protection; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security; UNITED STATES INTERNATIONAL TRADE COMMISSION; DONALD J. TRUMP, President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; and the UNITED STATES OF AMERICA, ))))))))))))))) | |
| Defendants. )) | |

**MOTION TO STAY PROCEEDINGS**

Pursuant to Rules 1 and 7 of the Rules of the Court, defendants respectfully request that the Court stay this case until 60 days after there is a final, appealable decision in *Oregon v. Trump*, Case No. 25-00077, which involves the same merits issues as this case. Counsel for plaintiffs, Molly Nixon, represented her opposition to this motion on May 12, 2025.

This Court has broad discretion to stay its own proceedings. *Georgetown Steel Co., LLC v. United States*, 259 F. Supp. 2d 1344 (Ct. Int'l Trade 2003). Indeed, "the power to stay

proceedings is incidental to the power inherent in every court to control the disposition of the

causes on its docket with economy of time and effort for itself, for counsel, and for litigants."

*Landis v. North Am. Co.*, 299 U.S. 248, 254 (1936).  Generally, a stay is warranted if it "will

promote the interests of judicial economy and conserve the resources of the parties as well as the

court."  *Union Steel Mfg. Co. v. United States*, 896 F. Supp. 2d 1330, 1336 (Ct. Int'l Trade

2013).

        That is the case here.  This case is one of four matters in this Court where various

plaintiffs have challenged the President's imposition of tariffs pursuant to the International

Emergency Economic Powers Act (IEEPA), and it raises issues that are virtually identical to

earlier-filed cases in which the Court has already received briefing and set hearings.  *V.O.S.*

*Selections, Inc. v. Trump*, No. 25-00066, was the first case filed. The plaintiffs in *V.O.S.* have

challenged the tariffs first imposed pursuant to Executive Order 14257.  *V.O.S.* Complaint, Case

No. 25-00066, ECF No. 2.; *see* Executive Order 14257, *Regulating Imports With a Reciprocal*

*Tariff to Rectify Trade Practices That Contribute to Large and Persistent Annual United States*

*Goods Trade Deficits*, 90 Fed. Reg. 15,041 (Apr. 7, 2025).  Preliminary injunction and summary

judgment briefing is complete in *V.O.S.*, and the Court will conduct a hearing on those motions

tomorrow.  In *Oregon v. Trump*, the second case filed, the plaintiffs challenge both the tariffs

first imposed pursuant to Executive Order 14257 and the tariffs first imposed pursuant to

Executive Order 14195—the same tariffs challenged by plaintiffs in this case.  *Oregon*

Complaint, Case No. 25-00077, ECF No. 2; *see* Executive Order 14195, *Imposing Duties To*

*Address the Situation at Our Southern Border*, 90 Fed. Reg. 9121 (Feb. 1, 2025).  Summary

judgment briefing in *Oregon* is currently underway, and the Court has scheduled a hearing on

summary judgment for May 21, 2025.

Plaintiffs' complaint in this case raises issues that are virtually identical to those addressed in *Oregon* and *V.O.S.* As a result, any final decision in *Oregon* would almost certainly affect, and will likely effectively control, the disposition of this matter. Accordingly, a stay would foster the just, speedy, and inexpensive resolution of this case. USCIT R. 1. This would also be consistent with how this Court handled the many cases challenging tariffs imposed under Section 232 of the Trade Expansion Act of 1962 and Section 301 of Trade Act of 1974, staying thousands until certain lead cases resolved the identical legal challenges to Presidential executive orders. *See, e.g.*, *Tata International Metals (Americas) Ltd. et al. v. United States*, Case No. 20-00019, ECF No. 14; *In re Section 301 Cases*, Case No. 21-00052; *In re: Procedures for Entering a Stay in New Section 301 Cases*, Administrative Order 21-02 (Apr. 28, 2021).

For these reasons, we respectfully request that the Court stay this case until 60 days after a final, non-appealable decision in *Oregon*.

DATED: May 12, 2025

OF COUNSEL:

ALEXANDER K. HAAS
Director

STEPHEN M. ELLIOTT
Assistant Director
U.S. Department of Justice
Civil Division
Federal Programs Branch

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General

ERIC J. HAMILTON
Deputy Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/ Claudia Burke
CLAUDIA BURKE
Deputy Director

/s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-In-Charge
International Trade Field Office

3

/s/ Sosun Bae
SOSUN BAE
Senior Trial Counsel
LUKE MATHERS
CATHERINE M. YANG
BLAKE W. COWMAN
COLLIN T. MATHIAS
Trial Attorneys
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
PO Box 480, Ben Franklin Station
Washington, DC 20044
(202) 305-7568
sosun.bae@usdoj.gov

*Attorneys for Defendants*

4