UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| PRINCESS AWESOME, LLC; STONEMAIER, LLC; 300 BELOW, INC.; UPWARD GLANCE, LLC D/B/A QUENT CORDAIR FINE ART; KINGSEAL CORPORATION D/B/A WESCO ENTERPRISES, INC.; MISCHIEF, LLC D/B/A MISCHIEF TOY STORE; SPIELCRAFT GAMES, LLC; ROOKIE MAGE GAMES, LLC; XYZ GAME LABS, INC.; TINKERHOUSE, INC.; RECLAMATION STUDIO, LLC D/B/A WITSEND MOSAIC,<br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, Acting Commissioner for U.S. Customs and Border Protection; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security; UNITED STATES INTERNATIONAL TRADE COMMISSION; DONALD J. TRUMP, President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; and the UNITED STATES OF AMERICA,<br>            Defendants. | Court No. 25-00078 |

**ORDER OF ASSIGNMENT**

Pursuant to 28 U.S.C. §§ 253(c) and 255 and Rule 77(e) of the Rules of this Court, the above-entitled action is assigned to a three-judge panel consisting of Judge Gary S. Katzmann, Judge Timothy M. Reif, and Judge Jane A. Restani.

                                    /s/ Mark A. Barnett
                                        Mark A. Barnett
                                        Chief Judge

DATED: May 14, 2025