UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE
         THE HONORABLE TIMOTHY M. REIF, JUDGE
         THE HONORABLE JANE A. RESTANI, JUDGE

| | |
|---|---|
| PRINCESS AWESOME, LLC; STONEMAIER, LLC; 300 BELOW, INC.; UPWARD GLANCE, LLC d/b/a QUENT CORDAIR FINE ART; KINGSEAL CORPORATION D/B/A WESCO ENTERPRISES, INC.; MISCHIEF, LLC d/b/a MISCHIEF TOY STORE; SPIELCRAFT GAMES, LLC; ROOKIE MAGE GAMES, LLC; XYZ GAME LABS, INC.; TINKERHOUSE, INC.; RECLAMATION STUDIO, LLC d/b/a WITSEND MOSAIC,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES CUSTOMS AND BORDER PROTECTION; PETE R. FLORES, Acting Commissioner for U.S. Customs and Border Protection; DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, Secretary of the Department of Homeland Security; UNITED STATES INTERNATIONAL TRADE COMMISSION; DONALD J. TRUMP, President of the United States; EXECUTIVE OFFICE OF THE PRESIDENT; and the UNITED STATES OF AMERICA,<br><br>Defendants. | Court No. 25-00078 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Rule 75(b) of the Rules of the United States Court of International Trade, Claudia Burke and Collin Mathias appear as counsel for defendants in this action and request that all papers be served on them. The lead counsel of record for defendants who is responsible for this litigation is Sosun Bae.

DATED: May 23, 2025                           Respectfully submitted,

                                              YAAKOV M. ROTH
                                              Acting Assistant Attorney General

                                              ERIC J. HAMILTON
                                              Deputy Assistant Attorney General

                                              PATRICIA M. McCARTHY
                                              Director

                                              /s/ Claudia Burke
                                              CLAUDIA BURKE
                                              Deputy Director

                                              /s/ Collin T. Mathias
                                              COLLIN T. MATHIAS
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Civil Division
                                              Commercial Litigation Branch
                                              PO Box 480, Ben Franklin Station
                                              Washington, DC 20044
                                              (202) 305-7568
                                              *Attorneys for Defendants*